1  KAREN P. HEWITT
   United States Attorney
2  AARON B. CLARK
   Assistant United States Attorney
3  California State Bar No. 239764
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6787
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                  UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA   07 CR2877-WQH

11  UNITED STATES OF AMERICA,        )   Magistrate Case No.  07MJ8835
                                     )
12                   Plaintiff,      )
                                     )   **STIPULATION OF FACT AND JOINT**
13          v.                       )   **MOTION FOR RELEASE OF**
                                     )   **MATERIAL WITNESS(ES) AND**
14  ROMAN ALCALA-RUIZ (2),           )   **ORDER THEREON**
                                     )
15                   Defendant.      )
                                     )   **(Pre-Indictment Fast-Track Program)**
16  _____)

17      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Aaron B. Clark, Assistant United States Attorney, and defendant ROMAN ALCALA-RUIZ, by and

20  through and with the advice and consent of defense counsel, MAXINE I. DOBRO, Federal

21  Defenders of San Diego, Inc., that:

22      1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

   ABC:es:10/9/07

FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **November 5, 2007**.

6    4.    The material witnesses, Humberto Reyes-Palacios, Leticia Moreno-Garrido and

7    Victor Rivera-Guevara, in this case:

8    a.    Are aliens with no lawful right to enter or remain in the United States;

9    b.    Entered or attempted to enter the United States illegally on or about

10   October 3, 2007;

11   c.    Were found in a vehicle driven by codefendant in or near Calexico, California

12   and that defendant knew or acted in reckless disregard of the fact that they were aliens with no

13   lawful right to enter or remain in the United States;

14   d.    Were paying or having others pay on their behalf $1,000 - $2,300 to others

15   to be brought into the United States illegally and/or transported illegally to their destination therein;

16   and,

17   e.    May be released and remanded immediately to the Department of Homeland

18   Security for return to their country of origin.

19   5.    After the material witnesses are ordered released by the Court pursuant to this

20   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

22   proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

23   attack, that:

24   a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

25   substantive evidence;

26   b.    The United States may elicit hearsay testimony from arresting agents

27   regarding any statements made by the material witness(es) provided in discovery, and such

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Roman Alcala-Ruiz (2)          2          07MJ8835

1    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2    against interest of (an) unavailable witness(es); and,

3              c.      Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7         6.      By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10   counsel and fully understands its meaning and effect.

11        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12   immediate release and remand of the above-named material witness(es) to the Department of

13   Homeland Security for return to their country of origin.

14        It is STIPULATED AND AGREED this date.

15                                        Respectfully submitted,

16                                        KAREN P. HEWITT
                                          United States Attorney
17

18   Dated: 11/8/07 .

19                                        AARON B. CLARK
                                          Assistant United States Attorney
20

21   Dated: 10/16/07 .

22                                        MAKINE I. DOBRO
                                          Defense Counsel for Alcala-Ruiz
23

24   Dated: 10/16/07 .
                                          ROMAN ALCALA-RUIZ
25                                        Defendant

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Roman Alcala-Ruiz (2)            3                           07MJ8835

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: __11/8/07__.

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Roman Alcala-Ruiz (2)                4                07MJ8835